UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICAN HOSPITAL ASSOCIATION, ET AL.,**

   Plaintiffs,

v.     No. 4:23-cv-1110-P

**BECERRA, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Motion for Entry of a Briefing Schedule. ECF No. 20. In it, the Parties request that the Court enter a schedule to submit cross-motions for summary judgment, since the nature of their case is solely a legal challenge and the Court's review of evidence will be restricted to the administrative record already developed. *Id.* at 2–3. Accordingly, the Court **GRANTS** the Motion (ECF No. 20). The Parties shall file their respective briefs as follows:

1. Plaintiff's motion for summary judgment shall be filed **on or before January 5, 2024.**
2. Briefs of amicus curiae in favor of Plaintiff's position shall be filed **on or before January 12, 2024.**
3. Defendant's opposition and cross-motion for summary judgment shall be filed **on or before January 30, 2024.**
4. Briefs of amicus curiae in favor of Defendant's position shall be filed **on or before February 6, 2024.**
5. Plaintiff's reply to Defendant's motion for summary judgment shall be filed **on or before February 20, 2024.**
6. Defendant's reply shall be filed **on or before March 12, 2024.**

**SO ORDERED** on this **11th day of December 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE