UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

American Hospital Association, et al., §
    *Plaintiff* §
  §
  §
  §
v. § Case No. 23-CV-1110-P
  §
  §
Xavier Becerra, et al., §
    *Defendant* §

**AMENDED APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jason "Jay" Barnes - Simmons Hanly Conroy, LLP                       , with offices at

112 Madison Ave., 7th Floor
(Street Address)

New York                                   NY                    10016
(City)                                     (State)               (Zip Code)

(618) 259-2222                             (618)259-2251
(Telephone No.)                            (Fax No.)

**II.**    Applicant will sign all filings with the name Jay Barnes                          .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Patient Jane Doe Amicus Curiae

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Missouri_____, where Applicant regularly practices law.

Bar license number: 57583          Admission date: 09/21/2005

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| N/A | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Justin Presnal - Simmons Hanly Conroy LLP, who has offices at

5216 Cascades Dr.
(Street Address)

College Station    TX    77845
(City)    (State)    (Zip Code)

(979) 224-2036
(Telephone No.)    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  5  day of April , 2024 .

Jason "Jay" Barnes
Printed Name of Applicant

*/s/ Jay Barnes*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/21/2005,

## Jason Owen Barnes

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 3rd day of April, 2024.



*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri