**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants, | Case No. 23-CV-1110-P |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's electronic order of May 6, 2024, ECF No. 64, the Parties respectfully report that negotiations over a potential resolution of this matter reached an impasse on March 11, 2024.  The Parties are no longer discussing such a resolution.

Dated: May 8, 2024

Respectfully submitted,

/s/ *Hashim M. Mooppan*
Hashim M. Mooppan* (DC 981758)
Rebekah B. Kcehowski* (PA 90219)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.  20001
(202) 879-3939
(202) 626-1700 (fax)
hmmooppan@jonesday.com
rbkcehowski@jonesday.com
* *Pro hac vice*

Jonathan D. Guynn (TX 24120232)
JONES DAY
2727 N. Harwood St., Ste. 500
Dallas, Texas  75201

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

Eric B. Beckenhauer
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (DC Bar No. 1019782)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: (202) 305-0727

(214) 220-3939
(214) 969-5100 (fax)
jguynn@jonesday.com

*Counsel for Plaintiffs*

Fax: (202) 616-8470
leslie.vigen@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2024, I electronically filed this document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system.   Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN